AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

LLOIS B. COPELAN, a single individual,
        Plaintiff,

v.

FERRY COUNTY, a County in the State of Washington, et. al.,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0303-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendants' Motion for Summary Judgment filed on January 16, 2007, Ct. Rec. 80, Plaintiff's 42 U.S.C. 1983 claims against Defendant Ferry County and Defendants Pete and Jane Doe Warner are DISMISSED WITH PREJUDICE and the remaining state law claims are DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| January 16, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |